83 N.Y.S.—70

DUNPHY, Appellant, v. KINGS COUNTY GAS & ILLUMINATING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by James Dunphy against the Kings County Gas & Illuminating Company. No opinion. Judgment and order unanimously affirmed, with costs.

EBBETTS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by James Ebbetts against the Interurban Street Railway Company. No opinion. Appeal discontinued by consent.

EMERT et al., Appellants, v. COFFEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) In the matter of proceedings supplementary to execution by William Emert and another, judgment creditors, against Annie D. Coffey, impleaded with Edward H. Coffey, judgment debtor.

PER CURIAM. Order reversed, with $10 costs and disbursements, and proceedings remitted to the Special Term for further action. Held, that the assignment by the respondent, Annie D. Coffey, to Danforth, or the bank, of the interest upon the trust mortgage, was in violation of that part of the order of September 12, 1902, which forbade her to transfer or dispose of her property.

EULER, Appellant, v. KAPPELMANN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Henry Euler against Frederick Kappelmann. From a judgment dismissing the complaint at the close of the plaintiff's case, plaintiff appeals. Reversed. H. A. Monfort, for appellant. Clarence Edwards, for respondent.

PER CURIAM. We think the judgment must be reversed, because of the rejection by the learned trial court of the evidence of the surveyor, Nostrand. Most of the excluded questions seem competent under the general rules of evidence. Many of them were admitted on the former trial over the appellant's objection and exception, and the judgment and order then entered were unanimously affirmed. Euler v. Kappelmann, 60 App. Div. 631, 70 N. Y. Supp. 1139. The judgment should be reversed, and a new trial granted; costs to abide the event.

EVANS, Appellant, v. LARKIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Elmer O. Evans against Francis Larkin, Jr. No opinion. Motion to correct record on appeal from order granted; settlement before HOOKER, J.

FAASS, Respondent, v. HAVANA BRIDGE WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by F. Louis Faass against the Havana Bridge Works. No opinion. Order affirmed, with $10 costs and disbursements.